UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARRISSE HENDERSON, | Case No. 1:25-cv-01316-KES-CDB |
| Plaintiff, | ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* PLAINTIFF'S |
| v. | DEADLINE TO FILE A MOTION TO QUASH REGARDING DEFENDANT |
| MICHAEL D. SMOTHERS, *et al.*, | LAZAR FREIGHT LLC'S SUBPOENAS FOR PRODUCTION OF DOCUMENTS |
| Defendants. | (Doc. 39) |

Plaintiff Parrisse Henderson ("Plaintiff") initiated this action in state court with the filing of a complaint on May 19, 2025, and a first amended complaint on May 30, 2025, against Defendants Michael D. Smothers,[1] Lazar Freight, LLC ("Lazar"), Volkswagen Group of America, Inc.,[2] and US Kymo, Inc. ("Kymo") (collectively, "Defendants") before Defendant Lazar removed the case to this Court on October 3, 2025. (Doc. 1). The Court entered the operative scheduling order on January 21, 2026, setting forth discovery, motion and pretrial and trial dates and deadlines. (Doc. 19).

---

[1] On February 3, 2026, Plaintiff filed a notice of suggestion of death upon the record as to Defendant Michael D. Smothers. (Doc. 23). The deadline for Plaintiff to file any motion for substitution by the Decedent's successor or representative remains May 4, 2026. *See* Fed. R. Civ. P. 25(a).

[2] On February 5, 2026, Defendant Volkswagen Group of America was dismissed with prejudice pursuant to a stipulation of dismissal filed by Plaintiff and Defendant Volkswagen Group of America. (Docs. 24, 25).

Pending before the Court is the parties' joint stipulated request for leave to extend Plaintiff's deadline to file a motion to quash regarding Defendant Lazar's subpoenas for production of documents, filed on April 23, 2026. (Doc. 39). The parties represent that on March 31, 2026, Lazar issued 26 subpoenas for records in this action, and on April 15, 2026, Plaintiff served her objection to 25 of the subpoenaed locations. *Id.* at 2. The parties represent that Plaintiff's deadline to file and serve a motion to quash the subpoenas is April 23, 2026. *Id.* at 3. The parties have met and conferred and agreed to extend Plaintiff's deadline to file and serve a motion to quash Lazar's subpoenas for records to May 25, 2026, and have further agreed that the deposition officer, Array, will not produce any records that are subject to Lazar's subpoenas until it is notified of a mutually agreed upon date of production by the parties upon the conclusion of an informal discovery conference regarding this matter. *Id.* The parties represent that Lazar will notify deposition officer Array of this stipulation and to not produce any records obtained pursuant to Lazar's subpoenas. *Id.* The parties represent that neither party will be prejudiced by this request. *Id.* at 3-4, 7.

Based on the parties' representations, and for good cause shown, the Court will extend Plaintiff's deadline to file and serve a motion to quash Lazar's subpoenas for records to May 25, 2026, and order pursuant to the stipulation that the production of documents pursuant to Lazar's subpoenas will be stayed until the conclusion of an informal discovery conference on this matter.

**<u>Conclusion and Order</u>**

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff SHALL FILE and SERVE no later than **May 25, 2026**, any motions to quash Defendant Lazar's subpoenas for production of documents.

2. Pursuant to the parties' stipulation (Doc. 39), the deposition officer, Array, is ORDERED not to produce any records pursuant to Defendant Lazar's subpoenas until the parties attend an informal discovery conference and agree upon a mutually agreeable date for production.

IT IS SO ORDERED.

Dated:   **April 28, 2026**   _____

UNITED STATES MAGISTRATE JUDGE