UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARRISSE HENDERSON,<br><br>              Plaintiff,<br><br>       v.<br><br>LAZAR FREIGHT, LLC, *et al.*,<br><br>              Defendants. | Case No. 1:25-cv-01316-KES-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT SHERMAN OAKS-A, INC. D/B/A AUDI VAN NUYS TO RESPOND TO THIRD-PARTY PLAINTIFF SENTRY INSURANCE COMPANY'S THIRD-PARTY COMPLAINT<br><br>(Doc. 70) |

Pending before the Court is the stipulated request of Third-Party Defendant Sherman Oaks-A, Inc., doing business as Audi Van Nuys ("Sherman Oaks") and Third-Party Plaintiff Sentry Insurance Company ("Sentry"), filed on June 23, 2026, to extend time for Sherman Oaks to file a response to Sentry's Third-Party Complaint up to and including July 16, 2026.  (Doc. 70).  The parties represent that Sherman Oaks needs additional time to review the pleadings to prepare an appropriate response.  *Id.* at 2.  In light of the parties' stipulated representations, the Court will extend the deadline for Sherman Oaks to respond to the Third-Party Complaint.

**Conclusion and Order**

Accordingly, for good cause shown, IT IS HEREBY ORDERED that Sherman Oaks

///

///

///

shall file its response to Sentry's Third-Party Complaint no later than **July 16, 2026**.

IT IS SO ORDERED.

Dated:   **June 25, 2026**

UNITED STATES MAGISTRATE JUDGE

2