UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PARRISSE HENDERSON,

Plaintiff,

v.

LAZAR FREIGHT, LLC, *et al.*,

Defendants.

Case No. 1:25-cv-01316-KES-CDB

ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* TIME FOR THIRD-PARTY DEFENDANT CARDINALE AUTOMOTIVE GROUP, D/B/A AUDI BAKERSFIELD TO RESPOND TO THIRD-PARTY PLAINTIFF SENTRY INSURANCE COMPANY'S THIRD-PARTY COMPLAINT

(Doc. 76)

Pending before the Court is the stipulated request of Third-Party Defendant Cardinale Automotive Group, doing business as Audi Bakersfield ("Cardinale") and Third-Party Plaintiff Sentry Insurance Company ("Sentry"), filed on July 14, 2026, to extend time for Cardinale to file a response to Sentry's Third-Party Complaint up to and including July 21, 2026. (Doc. 76). The parties represent that Cardinale needs additional time to prepare an appropriate response based on counsel for Cardinale's issues with his PACER account. *Id.* at 2.

The Court finds good cause to grant the parties' request based on the representations that counsel for Cardinale needs time to resolve issues accessing his PACER account.

**Conclusion and Order**

Accordingly, for good cause shown, IT IS HEREBY ORDERED that Cardinale shall file

///

its response to Sentry's Third-Party Complaint no later than **July 21, 2026**.

IT IS SO ORDERED.

Dated: **July 15, 2026**

UNITED STATES MAGISTRATE JUDGE