UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARRISSE HENDERSON,<br>Plaintiff,<br>v.<br>LAZAR FREIGHT, LLC, *et al.*,<br>Defendants. | Case No. 1:25-cv-01316-KES-CDB<br><br>ORDER DENYING DEFENDANT LAZAR FREIGHT, LLC'S SUBSTITUTION OF ATTORNEY FOR FAILURE TO COMPLY WITH LOCAL RULE 131<br><br>(Doc. 81) |

The Court has read and considered the Consent Order Granting Substitution of Attorney Form AO-154 of Defendant Lazar Freight, LLC to substitute Domineisha R. Lescaille as counsel of record in place of Matthew Behbhoud. (Doc. 81).

The filing includes electronic signatures for the former attorney, new attorney, and the Defendant, each bearing an "/s/" followed by the individual's name. This complies with Local Rule 131(c) for current counsel who is using the filer's individual CM/ECF account. However, as for the signatures of the new attorney and Defendant, the substitution is without attestation of current counsel acquiring authorization or possessing a signed original copy.

Relevant here, Local Rule 131(e) provides that "[s]ubmitting counsel shall place the other counsel's signature on the electronic filing by using '/s/ counsel's name (as authorized on __[date]__).' Alternatively, one counsel may obtain the original signatures from all counsel who are filing the document, scan the signature page(s) only and file the signature page(s) as an

attachment to the document with an explanatory statement on the signature page of the filed document." L.R. 131(e).

Additionally, Local Rule 131(f) provides that "[d]ocuments that are required to be signed by a person who is not the attorney of record in a particular action … may be submitted in electronic format bearing a '/s/' and the person's name on the signature line along with a statement that counsel has a signed original, e.g., '/s/ John Doe (original signature retained by attorney Mary Roe).' It is counsel's duty to maintain this original signature for one year after the exhaustion of all appeals." L.R. 131(f).

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED that Defendant's request to substitute counsel (Doc. 81) is DENIED without prejudice. Defendant may re-file a substitution of attorney form that complies with Local Rule 131.

IT IS SO ORDERED.

Dated: **July 20, 2026**

UNITED STATES MAGISTRATE JUDGE